Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−23423−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur L. Howard
   1020 Robbinsville Edinburg Rd.
   Robbinsville, NJ 08691

Social Security No.:
   xxx−xx−4349

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: slf

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 13-23423-CMG
Arthur L. Howard                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2               Date Rcvd: Dec 21, 2017
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db          +Arthur L. Howard,   1020 Robbinsville Edinburg Rd.,   Robbinsville, NJ 08691-4198
cr           U.S. Bank National Trust, N.A., as Trustee for LSF,   13801 Wireless Way,
             Oklahoma City, OK  73134-2500
514255601   +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
514130231   +M & T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
514015636   +New Millennium Bank,   57 Livingston Avenue,   New Brunswick, NJ 08901-2573
514409962    Sallie Mae Inc on behalf of the Dept of Education,   Department of Education,
             P. O. Box 740351,   Atlanta, GA  30374-0351
515275441    U.S. Bank National Trust, N.A., as Trustee, et al.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
515275442    U.S. Bank National Trust, N.A., as Trustee, et al.,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500,   U.S. Bank National Trust, N.A., as Trust,   13801 Wireless Way,
             Oklahoma City, OK 73134-2500
514282508   +Wells Fargo Bank, N.A.,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
             Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 23:43:09    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 23:43:06    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           E-mail/Text: camanagement@mtb.com Dec 21 2017 23:42:53    Lakeview Loan Servicing, LLC,
             c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
514266959   +E-mail/Text: bncmail@w-legal.com Dec 21 2017 23:43:14    ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
514015631    EDI: BANKAMER.COM Dec 21 2017 23:23:00    Bank of America,   4161 Piedmont Pkwy,
             Greensboro, NC 27410
514015632    EDI: CAPITALONE.COM Dec 21 2017 23:23:00    Capital One,   PO Box 30253,
             Salt Lake City, UT 84130-0253
514015633   +E-mail/Text: bankruptcydept@wyn.com Dec 21 2017 23:43:30    Fairfield Acceptance,
             10750 W Charleston Ste 130,   Las Vegas, NC 89135-1049
514703365    E-mail/Text: camanagement@mtb.com Dec 21 2017 23:42:53    Lakeview Loan Servicing, LLC,
             c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
514015634    E-mail/Text: camanagement@mtb.com Dec 21 2017 23:42:53    M and T Bank,   PO Box 900,
             Millsboro, DE 19966
514256762    EDI: MERRICKBANK.COM Dec 21 2017 23:23:00    MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
514015635   +EDI: MERRICKBANK.COM Dec 21 2017 23:23:00    Merrick Bank,   PO Box 1500,
             Draper, UT 84020-1500
514289159   +E-mail/Text: bankruptcy@oliphantfinancial.com Dec 21 2017 23:43:07    Oliphant Financial, LLC,
             9009 Town Center Parkway,   Lakewood Ranch, FL 34202-4185
514866914    EDI: PRA.COM Dec 21 2017 23:23:00    Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
514866915    EDI: PRA.COM Dec 21 2017 23:23:00    Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
514015637   +E-mail/Text: bankruptcy@prosper.com Dec 21 2017 23:43:35    Prosper Marketplace, Inc.,
             101 Second Street, 15th Floor,   San Francisco, CA 94105-3672
514015638    EDI: NAVIENTFKASMSERV.COM Dec 21 2017 23:23:00    Sallie Mae,   PO Box 9635,
             Wilkes Barre, PA 18773-9635
514015639    EDI: WFFC.COM Dec 21 2017 23:23:00    Wells Fargo,   PO Box 10335,   Des Moines, IA 50306-0335
514289157   +EDI: WFFC.COM Dec 21 2017 23:23:00    Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,
             MAC# D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                               TOTAL: 18

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515433322*  +Wells Fargo Bank, N.A.,   ATTN: Bankruptcy Dept.,   MAC# D3347-014,   3476 Stateview Blvd.,
             Fort Mill, SC 29715-7203
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Dec 21, 2017
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Steven K. Eisenberg    on behalf of Creditor    U.S. Bank National Trust, N.A., as Trustee for LSF9
           Master Participation Trust bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven N. Taieb    on behalf of Debtor Arthur L. Howard staieb@comcast.net
                                                                                             TOTAL: 11
```